**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**CHRISTINE A. MAGRINO,**

        **Plaintiff,**

**-vs-**                              **Case No. 6:06-cv-1627-Orl-19KRS**

**SLM STAFFING, LLC, DENNIS
WAGNER,**

        **Defendants.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **PARTIES JOINT NOTICE OF SETTLEMENT, MOTION FOR APPROVAL OF SETTLEMENT, [AND] MOTION TO DISMISS CASE WITH PREJUDICE . . . . (Doc. No. 19)** |
| **FILED:** | **April 4, 2007** |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

    This case was brought under the Fair Labor Standards Act (FLSA). 29 U.S.C. § 201, *et seq*. The parties have reached a settlement agreement and seek court approval of that agreement. In *Lynn's Food Stores, Inc. v. United States*, the Eleventh Circuit explained that claims for back wages under the FLSA may only be settled or compromised when the Department of Labor supervises the payment

of back wages or when the district court enters a stipulated judgment "after scrutinizing the settlement for fairness." 679 F.2d 1350, 1352-55 (11th Cir. 1982).

Accordingly, on April 30, 2007, I held a hearing to address the fairness of the settlement. According to counsel, under the settlement agreement in this case, Plaintiff Christine A. Magrino will receive compensation for all of the overtime wages to which she was allegedly entitled, based on a review of the available evidence. Therefore, I find that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Id*. at 1354. Accordingly, I respectfully recommend that the Court approve the settlement. I further recommend that the Court dismiss this matter with prejudice, as stipulated to by the parties.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on April 30, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy