# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CHRISTINE A. MAGRINO,

    Plaintiff,

vs.            CASE NO. 6:06-CV-1627-ORL-19KRS

SLM STAFFING, LLC,
DENNIS WAGNER,

    Defendants.

_____

## ORDER

   This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 24, filed April 30, 2007).  No objection to said Report and Recommendation was filed.  Upon consideration, it is

   **ORDERED** that the Report and Recommendation (Doc. No. 24) is **ADOPTED and AFFIRMED.**  The Parties Joint Notice of Settlement, Motion for Approval of Settlement, and Motion to Dismiss Case with Prejudice (Doc. No. 19, filed April 4, 2007) is **GRANTED.**  The Settlement Agreement is hereby **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues, and this case is **DISMISSED WITH PREJUDICE.**  The Clerk of the Court is directed to close this file.

   **DONE AND ORDERED** at Orlando, Florida, this __25th_____ day of May, 2007.

_____

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record